## Commonwealth *v.* Mann, Appellant.

Argued June 11, 1975. *T. Wilson,* with him *Robert Shaffer,* Assistant Public Defender, and *John R. Merrick,* Public Defender, for appellant; *Vincent M. Dadamo,* Assistant District Attorney, with him *Timothy H. Knauer,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Manwiller, Appellant.

Argued June 11, 1975. *Terry D. Weiler,* with him *Frederick G. McGavin,* and *McGavin, DeSantis & Koch,* for appellant; *Jonathan L. Wesner,* Assistant District Attorney, with him *Terry L. Parish,* Assistant District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.